UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tyquel Martez Alston**　　　　　　　　　　　　　　　**Docket No. 5:18-CR-183-1D**

**Petition for Action on Supervised Release**

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tyquel Martez Alston, who, upon an earlier plea of guilty to Receipt of a Firearm While Under Indictment, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on January 29, 2019, to the custody of the Bureau of Prisons for a term of 54 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Tyquel Martez Alston was released from custody on April 19, 2022, at which time the term of supervised release commenced. On June 29, 2022, a Violation Report was filed advising of a positive urinalysis.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 28, 2022, Alston tested positive for marijuana, and admitted using marijuana approximately four days prior to the urinalysis. Based on his continued drug use, a 60-day period of Location Monitoring (Curfew) is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to him residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　/s/ Timothy L. Gupton
　　　　　　　　　　　　　　　　　　　　Timothy L. Gupton
　　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8686
　　　　　　　　　　　　　　　　　　　　Executed On: July 29, 2022

Tyquel Martez Alston
Docket No. 5:18-CR-183-1D
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __29__ day of __July__, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge